UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

KEVIN DAVIS, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

HURRICANES HOCKEY LIMITED PARTNERSHIP

                      Defendant.

---------------------------------------x

Case No.: 1:22cv3951

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kevin Davis hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Hurricanes Hockey Limited Partnership

DATED: August 3, 2022        **MIZRAHI KROUB LLP**

                                           /s/ Edward Y. Kroub
                                          EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED.

[signature]

Hon. Ronnie Abrams
8/4/22